# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: KOZA, ANTHONY D             § Case No. 12-83092
       KOZA, RACHEAL L             §
                                   §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/07/2013 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  06/25/2013        By:  /s/JAMES E. STEVENS
                                                       Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KOZA, ANTHONY D § Case No. 12-83092
KOZA, RACHEAL L §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $   42,000.00

*and approved disbursements of*  $   34,970.83

*leaving a balance on hand of* [1]  $   7,029.17

**Balance on hand:**  $   7,029.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $   0.00
Remaining balance:  $   7,029.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 3,303.90 | 0.00 | 3,303.90 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,209.50 | 0.00 | 1,209.50 |

Total to be paid for chapter 7 administration expenses:  $   4,513.40
Remaining balance:  $   2,515.77

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,515.77 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,519.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | Department of the Treasury | 1,519.00 | 0.00 | 1,519.00 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,519.00 |
| Remaining balance: | $ | 996.77 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 28,262.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Maximus Collections | 11,590.53 | 0.00 | 408.77 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 3,759.57 | 0.00 | 132.59 |
| 3 | Commerce Bank | 3,294.38 | 0.00 | 116.19 |
| 4 | Discover Bank | 1,913.81 | 0.00 | 67.50 |
| 6 | Well Care Neonatologists | 138.19 | 0.00 | 4.87 |
| 7 | Centegra Hospital Woodstock | 2,111.70 | 0.00 | 74.48 |
| 8 | Centegra Hospital McHenry | 1,689.75 | 0.00 | 59.59 |
| 9 | FIA CARD SERVICES, N.A. | 3,227.89 | 0.00 | 113.84 |
| 10 | Ashley Funding Services, LLC its successors and | 537.00 | 0.00 | 18.94 |

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid for timely general unsecured claims: | $ | 996.77 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-83092-TML
Anthony D Koza                                                        Chapter 7
Racheal L Koza
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith            Page 1 of 3              Date Rcvd: Jul 12, 2013
                              Form ID: pdf006           Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2013.
```
db         #+Anthony D Koza,    1015 Hooks Ln,    McHenry, IL 60050-7112
jdb        #+Racheal L Koza,    1015 Hooks Ln,    McHenry, IL 60050-7112
19984221    +Advocate Condell Medical Center,    97158 Eagle Way.,    Chicago, IL 60678-9710
19308966    +Afni, Inc.,    Attn: Bankruptcy,    Po Box 3037,    Bloomington, IL 61702-3037
19308967    +Amer Coll Co/ACC International,    Acc International,    919 Estes Ct.,    Schaumburg, IL 60193-4427
19308968    +American Express,    American Express Special Research,    Po Box 981540,    El Paso, TX 79998-1540
19308970    +Arnold Scott Harris,    222 Merchandise Mart Plaza,    Suite 1932,    Chicago, IL 60654-1420
19308971    +Associated Receivable,    1058 Claussen Rd Ste 110,    Augusta, GA 30907-0301
20222256    +Atlas Acquisitions LLC (HSBC Bank Nevada Natio),    294 Union St.,    Hackensack, NJ 07601-4303
19308972   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Attention: Recovery Department,
               4161 Peidmont Pkwy.,    Greensboro, NC 27410)
19308975    +Blatt Hassenmiller Leibsker & Moore,    125 S. Wacker Dr.,    Suite 400,    Chicago, IL 60606-4440
19308977    +Capital One, N.a.,    Capital One Bank (USA) N.A.,    Po Box 30285,    Salt Lake City, UT 84130-0285
19308978    +Centegra Health Systems,    4201 Medical Center Drive,    Mchenry, IL 60050-8409
19308979    +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
19308981    +Commonwealth Financial,    555 Van Reed Rd,    Wyomissing, PA 19610-1756
19308982    +Contract Callers,    PO Box 212489,    Augusta, GA 30917-2489
19308985    +Eos Cca,    700 Longwater Driv,    Norwell, MA 02061-1624
20435893     FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19308986    +Ffcc-columbus Inc,    1550 Old Henderson Rd St,    Columbus, OH 43220-3626
19308987    +Fifth Third Bank,    Fifth Third Bank Bankruptcy Department,,    1830 East Paris Ave.,
               Grand Rapids, MI 49546-6253
19793927    +Franks, Gerkin & McKenna, P.C.,    19333 East Grant Highway,    P.O. Box 5,
               Marengo, IL 60152-0005
19308991   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: Hsbc/bstby,    Po Box 15519,    Wilmington, DE 19850)
19308992    +HSBC/Menards,    Attn: Bankruptcy,    Pob 5263,    Carol Stream, IL 60197-5263
19308989    +Harris & Harris,    600 W. Jackson Blvd., #400,    Chicago, IL 60661-5675
19984222    +IHC-LIBERTYVILLE EMERGENCY,    111 E WISCONSIN AVE SUITE 2000,    Milwaukee, WI 53202-4809
19984223    +Lake County Radiology Associates,    36104 Treasury Center,    Chicago, IL 60694-6100
20217738    +Maximus Collections,    Franks, Gerkin & McKenna, P.C.,    19333 East Grant Highway,
               Marengo, IL 60152-8234
19308995    +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
19308996    +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,    Chicago, IL 60606-6974
19984224    +Midwest Diagnostic Pathology,    75 Remittance Dr., Suite 3070,    Chicago, IL 60675-3070
19308997    +Moraine Emergency Physicians,    PO Box 8759,    Philadelphia, PA 19101-8759
19309001    +Northern Lake Oral Surgery,    1275 E. Belvidere Rd., #220,    Grayslake, IL 60030-2083
19309004   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery,    120 Corporate Blvd.,    Suite 1,
               Norfolk, VA 23502)
19309003    +Pinnacle Financial Gro,    7825 Washington Av,    Minneapolis, MN 55439-2411
19309006    +Spring Grove Phys Med,    2100 Route 12,    Suite 101,    Spring Grove, IL 60081-8308
19309008    +TTC Landscaping,    3414 Eastway Drive,    Island Lake, IL 60042-9504
19309007    +Tate & Kirlin Associates,    2810 Southampton Road,    Philadelphia, PA 19154-1207
19984225    +Thomas W. Carver MD,    P.O Box 65,    Libertyville, IL 60048-0065
19309009    +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
19309010    +Well Care Neonatologists,    PO Box 360,    South Elgin, IL 60177-0360
19309011    +Wells Fargo Auto Finance,    PO Box 4050,    Coraopolis, PA 15108-6944
19309013    +West Asset Management,    2703 N Highway 75,    Sherman, TX 75090-2567
19309014    +Wfs Financial/Wachovia Dealer Services,    Po Box 3569,    Rancho Cucamonga, CA 91729-3569
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19308963    +E-mail/Text: KM@ARCONCEPTSINC.COM Jul 13 2013 00:42:39     A/r Concepts,    2320 Dean St,
               Saint Charles, IL 60175-1068
19308964    +E-mail/Text: jpietig@aamsonline.com Jul 13 2013 00:43:55     Aams Llc,
               4800 Mills Civic Parkway Suite 202,    West Des Moines, IA 50265-5265
19308965    +E-mail/Text: kmiller@affentdocs.com Jul 13 2013 00:44:03     Affiliated ENT Physicians,
               2441 Lake Shore Drive,    Woodstock, IL 60098-6911
19308969    +E-mail/Text: RBALTAZAR@ARMORSYS.COM Jul 13 2013 00:42:36     Armor Systems Co,    1700 Kiefer Dr,
               Zion, IL 60099-5105
20603244     E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2013 00:41:28
               Ashley Funding Services, LLC its successors and,    assigns as assignee of Reimbursement,
               Technologies, Inc.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
19361673    +E-mail/Text: bnc@atlasacq.com Jul 13 2013 00:43:13     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
19308976    +E-mail/Text: ebn@squaretwofinancial.com Jul 13 2013 00:44:49     Cach Llc/Square Two Financial,
               4340 South Monaco St. 2nd Floor,    Denver, CO 80237-3408
20390344    +E-mail/Text: bankruptcy@hraccounts.com Jul 13 2013 00:41:50     Centegra Hospital McHenry,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
20390343    +E-mail/Text: bankruptcy@hraccounts.com Jul 13 2013 00:41:50     Centegra Hospital Woodstock,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
20224756     E-mail/Text: bankruptcy@commercebank.com Jul 13 2013 00:43:57     Commerce Bank,    P O BOX 419248,
               KCREC-10,    Kansas City, MO 64141-6248
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 3            Date Rcvd: Jul 12, 2013
                              Form ID: pdf006          Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
19308980      +E-mail/Text: bankruptcy@commercebank.com Jul 13 2013 00:43:57      Commerce Bk,   Po Box 411036,
               Kansas City, MO 64141-1036
19984220       E-mail/Text: cio.bncmail@irs.gov Jul 13 2013 00:40:46      Department of the Treasury,
               Internal Revenue Service,   PO Box 7346,   Philadelphia PA 19101-7346
20230065       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:35     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19308983      +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 13 2013 00:52:35     Discover Fin,
               Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
19308984      +E-mail/PDF: bankos@dcmapay.com Jul 13 2013 00:46:51      Douglas Chancellor Meyers & Assoc.,
               201 N Main St.,   Suite 205,   Saint Charles, MO 63301-2878
19308988      +E-mail/Text: bankruptcy@hraccounts.com Jul 13 2013 00:41:50      H & R Accounts Inc,
               P.O. Box 672,   Moline, IL 61266-0672
19308990      +E-mail/Text: BKNOTICES@EAFLLC.COM Jul 13 2013 00:43:19
               Hilco Receivables/Equable Ascent Financi,   Attn: Bankruptcy,   1120 Lake Cook Road Suite B,
               Buffalo Grove, IL 60089-1970
19308993      +E-mail/Text: cio.bncmail@irs.gov Jul 13 2013 00:40:46      Internal Revenue Service,   PO Box 9012,
               Holtsville, NY 11742-9012
19308994      +E-mail/Text: bankruptcy@leadingedgerecovery.com Jul 13 2013 00:44:04
               Leading Edge Recovery Solutions,   PO Box 129,   Linden, MI 48451-0129
19308998      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 13 2013 00:44:17     Nco Fin /02,
               Attention: Bankruptcy,   507 Prudential Rd,   Horsham, PA 19044-2308
19308999      +E-mail/Text: bankruptcydepartment@ncogroup.com Jul 13 2013 00:44:17     Nco Fin/99,   Pob 15636,
               Wilmington, DE 19850-5636
19309000      +E-mail/Text: info@nelsonwatson.com Jul 13 2013 00:44:40     Nelson, Watson & Associates, LLC,
               80 Merrimack St.,   Lower Level,   Haverhill, MA 01830-5202
19309002      +E-mail/Text: clientservices@northwestcollectors.com Jul 13 2013 00:43:23     Northwest Collectors,
               3601 Algonquin Rd. Suite 232,   Rolling Meadows, IL 60008-3143
19309005      +E-mail/Text: bankruptcy@sw-credit.com Jul 13 2013 00:44:03     Southwest Credit Syste,
               4120 International Parkway Suite 1100,   Carrollton, TX 75007-1958
19309012      +E-mail/Text: BKRMailOps@weltman.com Jul 13 2013 00:44:06      Weltman, Weinberg & Reis Co.,
               323 W Lakeside Ave,   Suite 200,   Cleveland, OH 44113-1099
                                                                                               TOTAL: 25

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19308973*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
19308974     ##+Bay Area Credit Service,   97 E. Brokaw Rd., #240,   San Jose, CA 95112-4209
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 14, 2013**                    **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3              Date Rcvd: Jul 12, 2013
                              Form ID: pdf006             Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2013 at the address(es) listed below:
              Carole J. Ryczek    on behalf of Trustee James E Stevens carole.ryczek@usdoj.gov
              James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
              James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
              Joseph R Doyle    on behalf of Debtor Anthony D Koza joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Joseph R Doyle    on behalf of Joint Debtor Racheal L Koza joe@bizardoylelaw.com,
               jim@bizardoylelaw.com;nicole@bizardoylelaw.com;craig@bizardoylelaw.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rebecca A Lamm    on behalf of Creditor   MAXIMUS COLLECTIONS as assignee of US BANK, N.A., N.D.
               rlamm@fgmlaw.com
                                                                                             TOTAL: 7