**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: KOZA, ANTHONY D | § | Case No. 12-83092 |
| KOZA, RACHEAL L | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $8,089.00            Assets Exempt: $23,486.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$2,515.77         Claims Discharged
                                                  Without Payment: $109,275.55

Total Expenses of Administration:$23,023.23

3)  Total gross receipts of $     42,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     16,461.00  (see **Exhibit 2**), yielded net receipts of  $25,539.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $8,300.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 23,023.23 | 23,023.23 | 23,023.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 1,519.00 | 1,519.00 | 1,519.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 86,486.50 | 28,262.82 | 28,262.82 | 996.77 |
| **TOTAL DISBURSEMENTS** | $94,786.50 | $52,805.05 | $52,805.05 | $25,539.00 |

4)  This case was originally filed under Chapter 7 on August 13, 2012. The case was pending for 14 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _09/30/2013_____   By:_ /s/JAMES E. STEVENS_____

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury | 1142-000 | 42,000.00 |
| **TOTAL GROSS RECEIPTS** | | $42,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Anthony D. Koza | pi exemption and wildcard exemption | 8100-002 | 16,461.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $16,461.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Auto Finance | 4110-000 | 8,300.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $8,300.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 3,303.90 | 3,303.90 | 3,303.90 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,209.50 | 1,209.50 | 1,209.50 |
| Stewart C. Orzoff, Ltd. | 3210-600 | N/A | 14,000.00 | 14,000.00 | 14,000.00 |
| Stewart C. Orzoff, Ltd. | 3220-610 | N/A | 372.29 | 372.29 | 372.29 |
| Rawlings | 3220-610 | N/A | 594.61 | 594.61 | 594.61 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Dr. Shklyar | 3220-610 | N/A | 3,500.00 | 3,500.00 | 3,500.00 |
| Rabobank, N.A. | 2600-000 | N/A | 15.79 | 15.79 | 15.79 |
| Rabobank, N.A. | 2600-000 | N/A | 16.80 | 16.80 | 16.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 10.34 | 10.34 | 10.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $23,023.23 | $23,023.23 | $23,023.23 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Department of the Treasury | 5800-000 | N/A | 1,519.00 | 1,519.00 | 1,519.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,519.00 | $1,519.00 | $1,519.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Maximus Collections | 7100-000 | N/A | 11,590.53 | 11,590.53 | 408.77 |
| 2 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | 7100-000 | N/A | 3,759.57 | 3,759.57 | 132.59 |
| 3 | Commerce Bank | 7100-000 | 2,426.00 | 3,294.38 | 3,294.38 | 116.19 |
| 4 | Discover Bank | 7100-000 | 1,913.00 | 1,913.81 | 1,913.81 | 67.50 |
| 6 | Well Care Neonatologists | 7100-000 | 138.00 | 138.19 | 138.19 | 4.87 |
| 7 | Centegra Hospital Woodstock | 7100-000 | N/A | 2,111.70 | 2,111.70 | 74.48 |
| 8 | Centegra Hospital McHenry | 7100-000 | 0.00 | 1,689.75 | 1,689.75 | 59.59 |
| 9 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 3,227.89 | 3,227.89 | 113.84 |
| 10 | Ashley Funding Services, LLC its successors and | 7100-000 | N/A | 537.00 | 537.00 | 18.94 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 1,690.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | H & R Accounts Inc | 7100-000 | 2,112.00 | N/A | N/A | 0.00 |
| NOTFILED | Harris & Harris | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/bstby | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hilco Receivables/Equable Ascent Financi | 7100-000 | 5,570.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 217.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Leading Edge Recovery Solutions | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank Fifth Third Bank Bankruptcy | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eos Cca | 7100-000 | 152.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Financial | 7100-000 | 660.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Commonwealth Financial | 7100-000 | 712.00 | N/A | N/A | 0.00 |
| NOTFILED | Contract Callers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Douglas Chancellor Meyers & Assoc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Ffcc-columbus Inc | 7100-000 | 269.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/99 | 7100-000 | 712.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 187.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collect Bur Inc | 7100-000 | 289.00 | N/A | N/A | 0.00 |
| NOTFILED | Tate & Kirlin Associates | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TTC Landscaping | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collect Bur Inc | 7100-000 | 259.00 | N/A | N/A | 0.00 |
| NOTFILED | Weltman, Weinberg & Reis Co. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | United Collect Bur Inc | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Wfs Financial/Wachovia Dealer Services | 7100-000 | 8,831.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 1,090.00 | N/A | N/A | 0.00 |
| NOTFILED | West Asset Management | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| NOTFILED | Spring Grove Phys Med | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| NOTFILED | Southwest Credit Syste | 7100-000 | 540.00 | N/A | N/A | 0.00 |
| NOTFILED | Nco Fin/99 | 7100-000 | 660.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Nco Fin /02 | 7100-000 | 731.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson, Watson & Associates, LLC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Northern Lake Oral Surgery | 7100-000 | 233.00 | N/A | N/A | 0.00 |
| NOTFILED | Portfolio Recovery | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 476.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 56.00 | N/A | N/A | 0.00 |
| NOTFILED | Moraine Emergency Physicians | 7100-000 | 833.00 | N/A | N/A | 0.00 |
| NOTFILED | Bay Area Credit Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One, N.a. Capital One Bank (USA) N.A. | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 274.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 302.00 | N/A | N/A | 0.00 |
| NOTFILED | IHC-LIBERTYVILLE EMERGENCY | 7100-000 | 740.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake County Radiology Associates | 7100-000 | 1,011.00 | N/A | N/A | 0.00 |
| NOTFILED | Midwest Diagnostic Pathology | 7100-000 | 713.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 186.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 57.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas W. Carver MD | 7100-000 | 202.00 | N/A | N/A | 0.00 |
| NOTFILED | ADVOCATE CONDELL MEDICAL CENTER | 7100-000 | 24,135.50 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 5,200.00 | N/A | N/A | 0.00 |
| NOTFILED | A/r Concepts | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 2,458.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 2,479.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Receivable | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| NOTFILED | Armor Systems Co | 7100-000 | 318.00 | N/A | N/A | 0.00 |
| NOTFILED | Arnold Scott Harris | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 3,227.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Blatt Hassenmiller Leibsker & Moore | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | American Express American Express Special Research | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express American Express Special Research | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 955.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 1,821.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 1,364.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 871.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 115.00 | N/A | N/A | 0.00 |
| NOTFILED | Aams Llc | 7100-000 | 425.00 | N/A | N/A | 0.00 |
| NOTFILED | Amer Coll Co/ACC International Acc | 7100-000 | 215.00 | N/A | N/A | 0.00 |
| NOTFILED | Affiliated ENT Physicians | 7100-000 | 71.00 | N/A | N/A | 0.00 |
| NOTFILED | Afni, Inc. | 7100-000 | 956.00 | N/A | N/A | 0.00 |
| NOTFILED | Cach Llc/Square Two Financial | 7100-000 | 6,379.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $86,486.50 | $28,262.82 | $28,262.82 | $996.77 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83092
**Case Name:** KOZA, ANTHONY D
KOZA, RACHEAL L
**Period Ending:** 09/30/13

**Trustee:**  (330420)  JAMES E. STEVENS
**Filed (f) or Converted (c):** 08/13/12 (f)
**§341(a) Meeting Date:** 09/20/12
**Claims Bar Date:** 06/21/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account with TCF Bank <br> Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 2  Security deposit of $1100 held with Pam Kijack <br> Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3  Miscellaneous used household goods <br> Imported from original petition Doc# 1 | 1,300.00 | 0.00 | | 0.00 | FA |
| 4  Miscellaneous books, tapes, CD's, etc. <br> Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5  Personal used clothing <br> Imported from original petition Doc# 1 | 650.00 | 0.00 | | 0.00 | FA |
| 6  Miscellaneous costume jewelry <br> Imported from original petition Doc# 1 | 125.00 | 0.00 | | 0.00 | FA |
| 7  Employer - Term Life Insurance - no cash surrend <br> Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8  401(k) through employer - 100% exempt <br> Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9  2005 Chevy Trailblazer 75,000 miles <br> Imported from original petition Doc# 1 | 5,864.00 | 0.00 | | 0.00 | FA |
| 10  personal injury | 42,000.00 | 25,539.00 | | 42,000.00 | FA |
| **10   Assets   Totals** (Excluding unknown values) | **$50,089.00** | **$25,539.00** | | **$42,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     July 1, 2013

**Current Projected Date Of Final Report (TFR):**     June 25, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-83092
**Case Name:** KOZA, ANTHONY D
KOZA, RACHEAL L
**Taxpayer ID #:** **-***5368
**Period Ending:** 09/30/13

**Trustee:** JAMES E. STEVENS (330420)
**Bank Name:** Rabobank, N.A.
**Account:** ****972466 - Checking Account
**Blanket Bond:** $277,000.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/15/13 | | Stewart C. Orzoff, Ltd. | Pi settlement | | 23,533.10 | | 23,533.10 |
| | {10} | | 42,000.00 | 1142-000 | | | 23,533.10 |
| | | | Special Counsel   -14,000.00 Attorney's fees | 3210-600 | | | 23,533.10 |
| | | | Costs Advanced, police   -372.29 report, med records, etc. | 3220-610 | | | 23,533.10 |
| | | Rawlings | lienholder   -594.61 | 3220-610 | | | 23,533.10 |
| | | Dr. Shklyar | lien holder   -3,500.00 | 3220-610 | | | 23,533.10 |
| 04/30/13 | 101 | Anthony D. Koza | pi exemption and wildcard exemption | 8100-002 | | 16,461.00 | 7,072.10 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.79 | 7,056.31 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 16.80 | 7,039.51 |
| 06/11/13 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/11/2013 FOR CASE #12-83092 | 2300-000 | | 10.34 | 7,029.17 |
| 08/08/13 | 103 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,209.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,209.50 | 5,819.67 |
| 08/08/13 | 104 | JAMES E. STEVENS | Dividend paid 100.00% on $3,303.90, Trustee Compensation;  Reference: | 2100-000 | | 3,303.90 | 2,515.77 |
| 08/08/13 | 105 | Department of the Treasury | Dividend paid 100.00% on $1,519.00; Claim# 5; Filed: $1,519.00; Reference: | 5800-000 | | 1,519.00 | 996.77 |
| 08/08/13 | 106 | Maximus Collections | Dividend paid  3.52% on $11,590.53; Claim# 1; Filed: $11,590.53; Reference: | 7100-000 | | 408.77 | 588.00 |
| 08/08/13 | 107 | Atlas Acquisitions LLC (HSBC Bank Nevada Natio) | Dividend paid  3.52% on $3,759.57; Claim# 2; Filed: $3,759.57; Reference: | 7100-000 | | 132.59 | 455.41 |
| 08/08/13 | 108 | Commerce Bank | Dividend paid  3.52% on $3,294.38; Claim# 3; Filed: $3,294.38; Reference: | 7100-000 | | 116.19 | 339.22 |
| 08/08/13 | 109 | Discover Bank | Dividend paid  3.52% on $1,913.81; Claim# 4; Filed: $1,913.81; Reference: | 7100-000 | | 67.50 | 271.72 |
| 08/08/13 | 110 | Well Care Neonatologists | Dividend paid  3.52% on $138.19; Claim# 6; Filed: $138.19; Reference: Voided on 08/08/13 | 7100-000 | | 4.87 | 266.85 |
| 08/08/13 | 110 | Well Care Neonatologists | Dividend paid  3.52% on $138.19; Claim# 6; Filed: $138.19; Reference: Voided: check issued on 08/08/13 | 7100-000 | | -4.87 | 271.72 |
| 08/08/13 | 111 | Centegra Hospital Woodstock | Dividend paid  3.52% on $2,111.70; Claim# 7; Filed: $2,111.70; Reference: | 7100-000 | | 74.48 | 197.24 |
| 08/08/13 | 112 | Centegra Hospital McHenry | Dividend paid  3.52% on $1,689.75; Claim# 8; Filed: $1,689.75; Reference: | 7100-000 | | 59.59 | 137.65 |

Subtotals :                    $23,533.10        $23,395.45

{} Asset reference(s)

Printed: 09/30/2013 08:46 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-83092 | |
| **Case Name:** KOZA, ANTHONY D | |
| KOZA, RACHEAL L | |
| **Taxpayer ID #:** **-***5368 | |
| **Period Ending:** 09/30/13 | |

| | |
|---|---|
| **Trustee:** | JAMES E. STEVENS (330420) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****972466 - Checking Account |
| **Blanket Bond:** | $277,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/08/13 | 113 | FIA CARD SERVICES, N.A. | Dividend paid  3.52% on $3,227.89; Claim# 9;<br>Filed: $3,227.89; Reference: | 7100-000 | | 113.84 | 23.81 |
| 08/08/13 | 114 | Ashley Funding Services, LLC its<br>successors and | Dividend paid  3.52% on $537.00; Claim# 10;<br>Filed: $537.00; Reference: | 7100-000 | | 18.94 | 4.87 |
| 08/08/13 | 115 | CLERK OF TH BANKRUPTCY<br>COURT | dividend paid 3.52% on $138.19 Claim #6<br>(under $5.00) | 7100-000 | | 4.87 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 23,533.10 | 23,533.10 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 23,533.10 | 23,533.10 | |
| Less: Payments to Debtors | | 16,461.00 | |
| **NET Receipts / Disbursements** | **$23,533.10** | **$7,072.10** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ****972466** | **23,533.10** | **7,072.10** | **0.00** |
| | **$23,533.10** | **$7,072.10** | **$0.00** |